United States Bankruptcy Court
Eastern District of New York

Richmond,
        Plaintiff

Suri,
        Defendant

Adv. Proc. No. 17-01107-cec

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: cteutonic     Page 1 of 1     Date Rcvd: Aug 11, 2017
                        Form ID: pdf000     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
pla         +Eric H. Richmond,    2107 Regent Place,    Brooklyn, NY 11226-3919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 11 2017 18:26:27
           Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
           U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 11 2017 18:26:27     United States Trustee,
           Office of the United States Trustee,    U.S. Federal Office Building,
           201 Varick Street, Room 1006,    New York, NY 10014-9449
                                                                                                                                  TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
NONE.                                                                                                                                                                TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Eric H. Richmond                                        Bankruptcy Case No.: 1–14–41678–cec

Eric H. Richmond

Plaintiff(s),

–against–                                                            Adversary Proceeding No. 1–17–01107–cec

Vivek Suri

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
| --- |
| **United States Bankruptcy Court** <br> **271–C Cadman Plaza East, Suite 1595** <br> **Brooklyn, NY 11201–1800** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
| --- |
| **Eric H. Richmond** <br> **2107 Regent Place** <br> **Brooklyn, NY 11226** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Location: <br> United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3529 – 3rd Floor, Brooklyn, NY 11201–1800 | Date and Time: <br> October 10, 2017 at 03:30 PM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: August 11, 2017                                Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 05/27/2016]